EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

JAMES E. GALLAGHER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone No. 257-2110, Ext. 262
Facsimile No. 257-1829
E-mail: james.e.gallagher@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL AND |
| vs. | ) | RECALL OF BENCH WARRANT |
| | ) | |
| TOMMY JOHN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney hereby dismisses without prejudice the Information against TOMMY JOHN, defendant herein, as the United States Marshall Service has attempted to locate and serve the

listed individual with the attached bench warrant, and after their best efforts have been unable to do so.  The defendant is not in custody on the dismissed charges listed above.  Any outstanding bench warrants for this matter should be recalled and returned to the Clerk's Office.

        DATED:  Honolulu, Hawaii, September 15, 2006.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ James E. Gallagher
                   JAMES E. GALLAGHER
                   Special Asst. U.S. Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA


Leave of Court is granted for the filing of the foregoing dismissal without prejudice, and the dismissals without prejudice are hereby GRANTED AND SO ORDERED.



                /s/ Barry M. Kurren
                United States Magistrate Judge
                Dated: September 18, 2006


United States v. TOMMY JOHN
CR NO. 03-00212
ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANT